# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____
<br>_____(To be supplied by the court)_____

_Valori C. Johnson_ , Plaintiff

v.

_Gary Ward_ ,

_Ryder May_ ,

_Micheal Allen_ ,

_Richard Klodge_ , Defendant(s).

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
02/18/2020
**JEFFREY P. COLWELL, CLERK**

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

Original form provided free of Charge by CO DOC Legal Services to
Offender _JOHNSON_ DOC# _177601_
Date _JAN 1 3 2020_

See attached
Kathleen Boyd
Meggan Castille
Nicole Wilson

( )

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

*Onbari J Johnson #177001 P.O. Box 777*

(Name, prisoner identification number, and complete mailing address)

*Canon City, CO, 81215*

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____   Pretrial detainee
____   Civilly committed detainee
____   Immigration detainee
__✓__   Convicted and sentenced state prisoner
____   Convicted and sentenced federal prisoner
____   Other: (*Please explain*) _____

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:   *Gary Ward, H.9A, P.O. Box 11000, Sterling, CO,*

(Name, job title, and complete mailing address)

*80751*

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ___ No (*check one*). Briefly explain:

*Gary Ward Knowingly acted under the color of law*

Defendant 1 is being sued in his/her _✓_ individual and/or _✓_ official capacity.

2

Defendant 2: _Ryder May, YJSA, P.O. Box 10000, Sterling, CO,_
(Name, job title, and complete mailing address)
_80751_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*).  Briefly explain:

_Ryder May knowingly acted under the color of law_

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _Micheal Allen, Dr., P.O. Box 10000, Sterling, CO_
(Name, job title, and complete mailing address)
_80751_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*).  Briefly explain:

_Micheal Allen knowingly acted under the color of law_

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___   42 U.S.C. § 1983 (state, county, and municipal defendants)

___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___   Other: (*please identify*) _____

3

B. Defendants Information

Defendant 4: Nicole Wilson, XJSA, P.O. Box 6000, Sterling CO, 80751

Defendant 5: Kathleen Boyd, Dr. P.O. Box 777, Canon City, 81215

Defendant 6: Richard Hodge, Dr., P.O. Box 777, Canon City, 81215

Defendant 7: Meggan Castillo, CHP, P.O. Box 777, Canon City, 81215

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Cruel And Unusual Punishment 8th Amendment Violation

Supporting facts: 1. From 10/2017-11/2019 Crary Ward, Ryder May Nicole Wilson, Micheal Allen, Richard Hodge and Kathleen Boyd have deprived the plaintiff of an orthopedic visit for surgery and medical boot for plaintiff right foot, as Dr. Laura Allen stated the plaintiff needs surgery or medical boot inside medical documents of September 2017 at the Denver Regional Diagnostic Center, yet was deprived due to retaliation of plaintiffs lawsuit

2. On 3/20/2019 and 4/10/2019 Richard Hodge set physical therapy appointments as Meggan Castillo cancelled them both.

3. From 4/10/2019-5/11/2019 Kathleen Boyd deprived the plaintiff of chronic pain medication refusing to see the Plaintiff

4. On 5/11/2019 Plaintiff was given elavil and Doxycyclien by Kathleen Boyd for pain and rashes to plaintiffs back, arm and shoulders, yet on numerous dates plaintiff notified medical that the medication did not help with pain. Medical wrote the plaintiff back stating he would have an appointment in June 2019 for pain management. The plaintiff was never seen transfered to Sterling on 6/24/2019 as Micheal Allen discontinued the plaintiffs medication from July 2019- November 2019

5. On 8/6/19 The Plaintiff notified Nurse Cook once he arrived at CSP that Micheal Allen discontinued his medication as medical continuosly stated they would see the Plaintiff but never did.

4

6. On 8/22/19 the plaintiff was having a heart attack and went to the hospital. Once he arrived back he continously requested to see the Dr. as Richard Hodge deprived care.

7. From 8/2019 - 11/2019 the Plaintiff requested pain medication, but have not been prescribed an order for his injuries, as staff member Jason stated Kathleen Boyd and Richard Hodge does not like N.J GICIERS who sue which is the reason why the plaintiff isn't recieving care or medication indicating plaintiffs initial lawsuit is the reasoning for deprival.

Defendants Gary Ward, Ryder May, Nicole Wilson, Micheal Allen Richard Hodge, Meggan Castillo, and Kathleen Boyd knowingly acted with the state of mind required to establish the Eighth Amendment Violation Cruel And Unusal Punishment when:

1. Gary Ward, Ryder May, Nicole Wilson, Micheal Allen, Richard Hodge and Kathleen Boyd delayed treatment to Plaintiffs right foot depriving care of orthopedic visit / orthopedic medical boot, as Dr. Laura Allen treatment orders prescribed.

2. Kathleen Boyd and Richard Hodge deprived plaintiff of chronic pain medication as Plaintiff Jabari Johnson expressed pain regarding injuries.

3. Meggan Castillo deprived the plaintiff of physical therapy appointment's delayed treatment to plaintiffs injured right foot as Dr. Richard Hodge's treatment orders prescribed.

4. Plaintiff Jabari Johnson have been deprived of orthopedic visit and medical boot from 2017 - current date 12/2019 as treatment orders were requested for right foot. Physical therapy was prescribed but the plaintiffs visits were cancelled on 13/20/19 and 4/10/19 as the Plaintiff have not been granted anymore visits to-current date. Plaintiff Jabari Johnson is also in pain and have been deprived of adequate pain medication from 4/10/19 - current date, due to retaliation of plaintiff filing suit.

The Plaintiff also suffers from mental and emotional damages as the Plaintiff is in fear requesting therapy amungst orthopedic visits, orthopedic medical boot regarding debilitating

injuries difficult to ascertain, amungst a total sum in money for punitive and compensatory damages.

Gary Ward : punitive damges 2.5 million
            compensatory damages 1.5 million

Ryder May : punitive damages 2.5 million
            compensatory damages 1.5 million

Nicole Wilson : punitive damages 2.5 million
                compensatory damages 1.5 million

Micheal Allen : punitive damages 2.5 million
                compensatory damages 1.5 million

Richard Hodge : punitive damages 2.5 million
                compensatory damages 1.5 million

Kathleen Boyd : punitive   damages 2.5 million
                compensatory damages 1.5 million

Meggan Castillo : punitive damages 2.5 million
                  compensatory damages 1.5 million

### E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                   *See additional pages*

Docket number and court:                 *See additional pages*

Claims raised:                                   *See additional pages*

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)   *See additional pages*

Reasons for dismissal, if dismissed:     *see additional pages*

Result on appeal, if appealed:             *See additional pages*

### F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_____ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_____ Yes ___ No (*check one*)

5

E Previous Lawsuits                    Additional Pages (1)
Names of Defendants: Barnes
                     Wence
                     Chaplain Jane Doe Love
                     Chaplain John Doe
Docket # and Court: 17-CV-02346-MSK-MEH
                    Alfred A Arraj Court
Claims Raised: Free Ecercise Clause
               Equal Protectiun Clause
               Establishment Clause

Disposition. Pending
Names of Defendants: Department of Corrections
                     Denver Regional Diagnostic Center
                     Colorado Inmate Phone System
                     Samorreyan Burney # 134574
                     Daniel H. May # 11379
                     El Paso County District Attorney Office
                     SH from CIPS
                     LT DUPPS
Docket # and Court: 17-CV-02469
Alfred A. Arraj Ciourt
Claims Raised: Cruel And Unusual Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply
                      with Court order
Names of Defendants: Weld County Sherriffs Office
                     Correct Care Soulutions
                     Micheal J Roorke # 28812
                     Benjamin G Whitney # 38080
                     El Paso County Sherriffs Office
                     Deputy Border
                     Deputy M Bryant
                     Deputy Corpuz
                     Deputy A 2940
                     Deputy R Smith # 16093
                     Deputy Rank
                     Deputy Palm
                     Deputy J Shcmidt
                     Deputy Barksdale
                     Deputy Vauple
                     Deputy Uriber
                     Sgt Ed hart
                     Liz Oniel
                     NSA
                     Dr. Daniel Lamb
                     Nurse Carmelita Herazo
                     Nurse Mario Nevaraz
                     Mailroom
                     Carey Samuel
                     Department Of Corrections
                     Denver Regional Diagnostic Center
                     Deputy Hanson
                     Deputy Noustan

E Previous Lawsuits                    Additional pages (2)
Deputy Jerimiah Younger
Deputy Abedia.ylki
Sgt. Beechley
Sgt. Press
Sgt. Spignor
Captain B. Scott
Denver Regional Diagnostic Center Medical
Joe Clark X-ray
Angie Nurse
Nurse Curtis Murphy
Church Services
Chaplain
   Docket # and Court: 17-CV-02486
                    Alfred A Arraj JJ Court
Claims Raised Cruel And Unusal Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply with
Court order
   Names of Defendants: Department of Corrections
                        Denver Regional Diagnostic Center
                        Denver Regional Diagnostic Center Medical
                        Dr. Laura Allen
                        Nurse Risikat
                        Nurse Alla Shkolnik
                        Sgt Graham
                        Curtis Murphy
                        Deputy Houston
                        Deputy Brown
                        LT Meyers
                        LT Scott Speaks
   Docket # and court 17-CV-02793
                    Alred A. Arraj JJ Court
Claims Raised: Cruel And Unusual Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply with
                    Court order
Name of Defendant: Border
Docket # and court: 17-CV-03093
                    Alred A Arraj JJ Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To comply with Court
           order
   Name Of Defendants: Humphrey
                        Sgt Reyna
                        Sgt Wargo
                        Korin
Claims Raised: Cruel And Unusal Punishment
Docket # and court: 18-CV-02791
                    Alfred A Arraj JJ Court
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply with
                    Court order

E Previous Lawsuits                    Additional pages (3)

Names of Defendants: Mertens
                       Suppess
                       Neece
                       Elbel
                       Arguello
                       Barbarra Dolley
                       Giles
                       Tonchie
                       Leon Johnson
                       Shino
                       Scott
                       Peil
                       Weaver
                       Wingert
                       Roland Jackson
                       Hartman
                       Nurse Chantel Lotman
                       Nurse Brittany
                       Nurse Haley Faulkner
                       Andriello
                       Quilin

Docket # and court: 18-CV-02863
                    Alred A Arraus Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply With Court
                    order

Names of Defendants: Emerick
                       John Due
                       LT Dick
                       LT Russell
                       LT. Leyando
                       Jimmy Due
                       Sgt Smart
Docket # and court: 18-CV-02863
                    Alfred A. Arraus Court
- Claims Raised: Cruel And Unusal Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To comply with Court Order

Names of Defendants: Pacinne
                       Lewis
                       Tetrault
Docket # and court: 18-CV-02492
                    Alfred A Arraus Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court Order

Names of Defendant: Border
Docket # and court: 18-CV-02262
                    Alfred A Arraus
Claims Raised: Cruel And Unusal Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To comply with Court
                    Order

E. Previous Lawsuits                    Additional pages (4)
   Names of Defendants: Hawkins
                        Laytin
                        Wardo
                        Malanado
                        Sixkiller
                        Lewis
Docket #and court 18-CV-0222 7
                     Alfred A. Arra JJ Court
Claims Raised: Deliberate Indifference
                    Cruel And Unusal Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply With Court Order
   Names of Defendants: Bustamante
                        Miller
Docket# and court: 18-CV-02521
Claims Raised: Retaliation For Speech
                     Alfred A. Arra JJ Court
Disposition Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court Order
   Names of Defendants: Tonchie
                        Scott
                        John Doe
                        Carpentar
                        Booth
                        Nurse Victoria Rallens
   Docket # and Court: 18-CV-02 792
                     Alfred A. Arra JJ Court
Claims Raised: Cruel And Unusal Punishment
Disposition Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court Order
   Names of Defendants: Deputy Ronk
                        Deputy Palm
                        Deputy Uribe
                        Nurse Maria Nevaraz
                        Deputy J schmidt
                        Deputy Barksdale
                        Deputy Holzenberger
   Docket# and court 18-CV-02862
                     Alfred A. Arra JJ Court
Claims Raised: Cruel And Unusal Punishment
Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court Order
Disposition: Dismissed
Names of Defendants: Dean Williams
Docket # and court: 19-CV-01833
                     Alfred A Arra JJ Court
Claims Raised: Due Process
Disposition: Dismissed
Reason For Dismissal Failure To Prosecute, Failure To Comply with Court Order
   Names of Defendant Dean Williams
   Docket # and Court: Matthew Hansen
                        19-CV-01950
                     Alfred A. Arra JJ Court
Claims Raised: Due Process
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To comply with Court Order

E. Previous Lawsuits                Additional Pages (5)
Names of Defendants: Quilin
                     Wingert
                     Jackson
                     Cowden
                     Marr
                     Moreno
                     Silvia
Docket # and court: 19-CV-01974
                    Alfred A. Arraj
Claims Raised: Cruel And Unusal Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply With Court Order
Names of Defendants: Larry Wine Gardner
                     Johnson
                     Taylor
                     Prickett
                     Kathleen Boyd
                     White
Docket # and court: 19-CV-01525
                    Alfred A. Arraj Court
Claims Raised: Cruel And Unusal Punishment
               Dilaberate Indifference
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply With Court Order
Names of Defendants: Scott
                     Victoria Rallens
                     Tanchie
                     Giles
                     Booth
                     Carpentar
                     Sgt Reyna
                     Sgt Weber
                     Guie tarraz
                     Sgt Wargo
                     Karin
                     Sgt Rincon
                     Sgt Munlananez
                     Norris
                     Gomez
                     Flores
                     Branch
                     Vaughn
                     Travis
                     Sgt Moore
Docket # and court: 19-CV-01553
                    Alfred A. Arraj Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply With Court Order

E Previous Lawsuit                    Additional Pages (6)

Names of Defendants: Hunsaker
                     Dorge
                     White
                     Beller

Docket # and Court: 19-CV-01582
                    Alfred A. Arraj Court

Claims Raised: Cruel And Unusa Punishment

Disposition: Dissmissed

Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court
                      order

Names of Defendants: Bustamante
                     Miller
                     Mason Cup
                     Karin

Docket # and Court: 19-CV-01582
                    Alfred A Arraj Court

Claims Raised: Retaliation For Speech

Disposition: Dismissed

Reason For Dismissal: Failure To Prosecute, Failure To Comply with court
                      order

Names of Defendants: pacinnne
                     lewis
                     Tetrault

Docket # and court: 19-CV-01524
                    Alfred A Arraj Court

Claims Raised: Cruel And Unusal Punishment

Disposition: Dismissed

Reason For Dismissal, failure To Prosecute, failure To Comply with Court Order

Names of Defendants: Bourne
                     Warden Owens
                     Larry Wine gardner
                     Cale.y
                     LT Bayd
                     Fagerstedt
                     Porterfield
                     Boone
                     Amy
                     Intel Johnson
                     Lincoln
                     Madigan
                     Holland

Docket # and Court: 19-CV-01654
                    Alfred A. Arraj Court

Claims Raised: Cruel And Unusal Punishment

Disposition: Dismissed

Reason For Dismissal: Failure To Prosecute, Failure To Comply with court
                      order

Names of Defendants: Thompson
                     Fehely
                     Assistant Pedelgez
                     Assistant Vigil

Docket # and cart: 19-cv-10622
                   Alfred A Arraj Court

Claims Raised: Cruel And Unusal Punishment

Disposition: Dismissed

Reason For Dismissal: failure To Prosecute, failure To Comply with court
                      order

E Previous Lawsuits                         Additional Pages (1)

Names of Defendants: Captain Hawkins
                     LT Wargo
                     LT Laytin
                     LT Malanado
                     Sgt Kelly
                     Sixkiller
                     Lewis

Docket# and Court: 19-CV-01390
                   Alfred A. Arraj Court

Disposition Dismissed

Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court Order

Names of Defendants: Neece
                     Cuilin
                     Crary Ward
                     Nicole Wilson
                     Ryder May
                     Dr Richard Hodge

Docket# and Court: 19-CV-01527
                   Alfred A. Arraj Court

Disposition: Dismissed

Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court Order

Names of Defendants: LT Crowder
                     LT Fernandez
                     Hardaway
                     Reedy
                     LT Wingert
                     Sgt Taylor
                     Taylor
                     Mantych
                     Tack
                     Moreno
                     Wingstrom
                     Hartman
                     Nurse Mitchell
                     Kramer
                     Moore
                     Overturf

Docket# and Court: 19-CV-01953
                   Alfred A. Arraj Court

Claims Raised: Cruel And Unusal Punishment

Disposition: Dismissed

Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court Order

Names of Defendants: Quilin
                     Wingert
                     Jackson
                     Morr
                     Friend
                     Moreno
                     Silvia
                     Cowden

Docket# and Court: 19-CV-03141
                   Alfred A. Arraj Court

Claims Raised: Cruel And Unusal Punishment

Disposition: Dismissed  Failure To Prosecute, Failure To Comply with Court Order

Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court Order

E Previous Lawsuits                              Additional Pages (8)
Names of Defendants: Jeffery Quinn
                     Roland Jackson
                     Kramer
                     Martin
                     Ryder May
                     Flint
Docket # and Court. 19-CV-03081
                    Alfred A. Arra JJ Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply Court order
Names of Defendants: Crary ward
                     Ryder May
                     Micheal Allen
                     Richard Hodge
                     Kathleen Boyd
                     Meggan Castillo
                     Nicole Wilson
Docket # and Court: 19-CV-03391
Claims Raised:        Alfred A Arra JJ
Claims Raised  Cruel and unusal Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To comply with Court Order
Names of Defendants: Micheal Hale
Docket # and court. 19-CV-03324
                    Alfred A. Arra JJ Court
Claims Raised Cruel And Unusal Punishment
Dispostion Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To comply with Court Order
Names of Defendants: Audet
                     Tackett
                     Schaal
                     John Doe Chief of Medical
Docket # and court: 19-CV-03478
                    Alfred A. Arra JJ Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court Order
Names of Defendants: Lt Smith
                     Huggins
                     zena
                     Karen Ras
                     Sgt Johnson
                     Guillen
                     Talentino
                     Klus
                     Smith
                     Mertens
                     Suppess
                     Arguello
                     Roland Jackson
                     Moreno
                     Wingert
                     Grander
                     Dolley
                     Hartman
                     Lucero

E Previous Lawsuits                                    Additional Pages (9)

Andriello
Shino
Weaver
Quilin
Bajer
ElBel
Mitchell
Nurse Brittany
Nurse Kendra
Lt Piel
Scott
Leon Johnson
Waley Faulkner
Chiles
Tonchie
Pappas
Chantel

Docket # and court: 19-CV-01981
Alfred A Arraus Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court Order

Names of Defendant/s: Larry Wine gardner
James Johnson
Brady Hunsaker
Steven Bourne
Jimmy Boyd
Kathleen Boyd
white
Beller
Caley
Taylor
Lincoln
Will
Fygerstedt
Joshimoto
Boone
Owens
Porterfield
Amy
Norris
Weber

Docket# and court: 19-CV-0297l
Alfred A. Arraus Court
Claims Raised: Cruel And Unusal Punishment
Disposition: dismissed
Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court Order

E. Previous Lawsuits                    Additional pages (10)

Names of Defendant/s: Border
                      Ronk
                      Palm
                      Nurse Maria Nevaraz
                      J Schmidt
                      Barksdale
                      Uribe
                      Holzenberger
                      Sgt Press
                      Chaplain Jane Doe Love
                      Juan Barnes
                      Gerardo Wence
                      Nurse Risikoff
                      Nurse Michell Barry
                      Warden Matthew Hansen
                      Joe Fisher
                      Brian Scott
                      Pengli
                      Kelly
                      Joe Clark
                      Sgt Beechley
                      Nurse Curtis Murphy
                      Houston
                      Dr. Allen
                      Rogge
                      Warden Ryan Long
                      C.O John Doe

Docket # and court: 19-CV-02841
                    Alfred A. Arraj Court

Claims Raised: Cruel And Unusal Punishment

Disposition: Dismissed

Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court Order

Names of Defendants: Giles
                     Tonchie
                     Carpentar
                     Booth
                     Captain William Scott
                     Nurse Victoria Rallens

Docket # and Court: 19-cv-00031
                    Alfred A. Arraj Court

Claims Raised: Cruel And unusal Punishment

Disposition: Dismissed

Reason For Dismissal: Failure To Prosecute, Failure To Comply with Court Order

E. Previous Lawsuits                              Additional Pages (VI)
Names of Defendants: Weber
                     Norris
                     James Johnson
                     Larry Winegardner
                     Brady Hunsaker
                     Steven Bourne
                     White
                     Beller
                     Jimmy Boyd
                     Fagerstedt
                     Will
                     Amy
                     Emily Porterfield
                     Yoshimoto
                     Owens
                     Eddie Caley
                     Boone
                     Holland
                     Taylor
                     Kathleen Boyd
                     Lincoln
Docket # and Court: 20-CV-0095
                    Alfred A. Arraj J.J Court
Claims Raised: Cruel And Unusual Punishment
Disposition: Pending
Names Of Defendants: Ponce
Docket # and Courts: 20-CV-00014
                     Alfred A. Arraj J.J Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Pending

Names Of Defendants: Hawkins
                     Kelly
                     Loftin
                     Lewis
                     Maldonado
                     Sixkiller
                     Wargo
Claims Raised: Cruel And Unusal Punishment
Docket # and Court: 19-CV-03730
                    Alfred A. Arraj J.J Court
Disposition: Pending
Names Of Defendants: Sterling Correctional Facility
                     LT Bode
                     Sgt Anderiello
Docket# and Court: 2018-CV-50
                   Logan Combined Courts
Claims Raised: Logan Combined Courts Claim was Due Process
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute

E. Previous Lawsuit                          Additional Pages (12)
  Names of Defendants: Giles
                       Steven Bade
                       Warden Hansen
Docket # and court: 19-CV-00262
Claims Raised     Alfred A. Arraj J.J Court
Claims Raised: Due Process
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute

  Names of Defendants: Steven Bade
                       Sgt Hartman
                       Scherbarth
                       Warden Hansen
Docket # and court: 18-CV-03268
                    Alfred A. Arraj J.J Court
Claims Raised: Due Process
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute

  Names of Defendants: Warden Hansen
    Docket # and Court: 18-CV-02861
                        Alfred A. Arraj J.J
Claims Raised: Due Process
Disposition: Dismissed
Reason For Dismissal: Failure To Prosecute

Name of Defendant: Executive Director of DOC
Docket # and Court: 19-CV-350
                    Fremont County Court
Claims Raised: Due Process
Disposition: Dismissed
Reason For Dismissal: Dismissed Petition For untimely filing

Name of Defendant: Executive Director of Doc
Docket # and court: 19-CV-377
                    Fremont County court
Claims Raised: Due Process
Disposition: Pending

Name of Defendant: Executive Director of Doc
Docket # and Court: 2020-CV-7
                    Fremont County Court
Claims Raised: Due Process
Disposition: Pending

Name Of Defendants Executive Director Of DOC
Docket # and Court: 2020-CV-8
                    Fremont County Court
Claims Raised: Due Process
Disposition: Pending

E. Previous Lawsuits                    Additional Pages (13)

Name of Defendant: Executive Director Of Doc
Docket # and Court: 2020-CV-9
                    Fremont County Court
Claims Raised: Due Process
Disposition: Pending

Name of Defendant: Executive Director Of Doc
Docket # and court: 19-CV-378
                    Fremont County Court
Claims Raised: Due Process
Disposition: Pending

Name of Defendant: Executive Director Of Doc
Docket # and court: 19-CV-111
                    Fremont County Court
Claims Raised: Due Process
Disposition: Pending.

Name of Defendants: Executive Director of DOC
Docket # and Court: Warden of Sterling Correctional Facility
Docket # and Court: 2020-CV-3
                    Logan County Combined Courts
Claims Raised: Due Process
Disposition: Pending

Name of Defendant: Hampton
Docket # and Court: 20-CV-00161
                    Alfred A. Arra J., J Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Pending:

Name Of Defendants: James Hill
                    Benard
Docket # and Court: 20-CV-00188
Claims Raised: Cruel And Unusal Punishment
Disposition: Pending

E. Previous Lawsuit                    Additional Pages (14)
Names of Defendants: Quilin
                     Wingert
                     Jackson
                     Marr
                     Friend
                     Moreno
                     Silivia
                     Cowlden
Docket # and court: No Docket # yet
                    Alfred A. Arraj Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Pending

Names of Defendants: Bustamante
                     Miller
                     Mason Cup
                     Korin
Docket # and court: No Docket # yet
                    Alfred A. Arraj Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Pending

Names of Defendants: Reyna
                     Wargo
                     Korin
Docket # and court: No Docket # yet
                    Alfred A. Arraj Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Pending

Names of Defendants: Jeffery Quilin
                     Roland Jackson
                     Kramer
                     Martin
                     Ryder May
                     Flint
Docket # and court: No Docket # yet
                    Alfred A. Arraj court
Claims Raised: Cruel And Unusal Punishment
Disposition Pending

Names of Defendants: Micheal Hale
Docket # and court: No Docket # yet
                    Alfred A. Arraj Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Pending

Name of Defendants: Gary Ward
                    Ryder May

E. Previous Lawsuits          Additional Pages (15)
Micheal Allen
Richard Hodge
Kathleen Boyd
Meggan Castillo
Nicole Wilson
Docket # and court No Docket # Yet, Alfred A. Arraj court
Claims Raised: Cruel And Unusal Punishment
Disposition: Pending
Names of Defendants: Audet
                     Tackett
                     Schaal
                     John Doe Chief of Medical
Docket # and Court: No Docket # Yet
                    Alfred A. Arraj Court
Claims Raised: Cruel And Unusual Punishment
Disposition: Pending
Names of Defendants: Saucedo
Docket # and Court: No Docket # Yet
                    Alfred A. Arraj Court
Claims Raised: Cruel And Unusual Punishment
Disposition: Pending
Names of Defendants: Crowder
                     Fernandez
                     Hardaway
                     Wingert
                     Taylor
                     Mitchell
                     Sgt Taylor
                     Mantych
                     Tuck
                     Moreno
                     Wingstrom
                     Reedy
                     Overturf
                     Hartman
Docket # and court: No Docket # Yet
                    Alfred A. Arraj Court
Claims Raised: Cruel And Unusal Punishment
Disposition: Pending

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Casey Ward   punitive damages 12.5million    compensatory damages 11.5 million
Ryder May   punitive damages 12.5 million    compensatory damages 11.5 million
Nicole Wilson   punitive damages 12.5 million    compensatory damages 11.5 million
Micheal Allen   punitive damages 12.5 million    compensatory damages 11.5 million
Richard Hodge   punitive damages 12.5 million    compensatory damages 11.5 million
Kathleen Boyd   punitive damages 12.5 million    compensatory damages 11.5 million
Meggan Castillo   punitive damages 12.5 million    compensatory damages 11.5 million

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

12/10/19
_____
(Date)

(Form Revised December 2017)

6